# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION**

MDL No. 2656

(SEE ATTACHED SCHEDULE)

**FILED**

OCT 2 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 13, 2015, the Panel transferred 18 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Colleen Kollar−Kotelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Kollar−Kotelly.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of October 13, 2015, and, with the consent of that court, assigned to the Honorable Colleen Kollar−Kotelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Oct 23, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION                                    MDL No. 2656

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

**CALIFORNIA CENTRAL**

| CAC | 2 | 15–05208 | Charles Carte v. American Airlines Group Inc. et al |

**CALIFORNIA NORTHERN**

| CAN | 3 | 15–03222 | Kelly v. American Airlines, Inc. et al |
| CAN | 3 | 15–03269 | Grimes et al v. American Airlines Group Inc. et al |
| CAN | 3 | 15–03296 | King v. American Airline Inc et al |
| CAN | 3 | 15–03342 | Chen v. American Airlines, Inc. et al |
| CAN | 3 | 15–03362 | Jung v. American Airlines, Inc. et al |
| CAN | 3 | 15–03374 | Cherokii Verduzco v. American Airlines, Inc. et al |
| CAN | 3 | 15–03387 | Reiber v. American Airlines Inc. et al |
| CAN | 3 | 15–03412 | Tran v. American Airlines Inc. et al |
| CAN | 3 | 15–03446 | Stewart v. American Airlines et al |
| CAN | 3 | 15–03467 | Park v. American Airlines, Inc. et al |
| CAN | 3 | 15–03497 | Cleveland et al v. American Airlines Inc. et al |
| CAN | 3 | 15–03520 | Jackson et al v. American Airlines et al |
| CAN | 3 | 15–03699 | Bank v. American Airlines et al., |
| CAN | 3 | 15–03881 | Bess v. American Airlines, Inc. et al |
| CAN | 3 | 15–03932 | Ondrade et al v. United Airlines, Inc. et al |
| CAN | 3 | 15–04085 | Lax & Company, Inc. et al v. American Airlines Group Inc. et al |
| CAN | 3 | 15–04223 | Linda Williams v. American Airlines Inc. et al |
| CAN | 3 | 15–04459 | Boston Amateur Basketball Club, III, Ltd. v. American Airlines Group Inc. et al |

**FLORIDA SOUTHERN**

| FLS | 1 | 15–23125 | Valdes v. Southwest Airlines, Co., et al |

**GEORGIA NORTHERN**

| GAN | 1 | 15–02525 | Pomeroy v. Delta Air Lines, Inc. et al |
| GAN | 1 | 15–03081 | Walker v. American Airlines Group Inc. et al |

## ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 15−06176 | Schumacher et al v. American Airlines Group Inc. et al |
| ILN | 1 | 15−06216 | Kraft et al v. American Airlines Group et al |
| ILN | 1 | 15−06323 | Costantino et al v. American Airlines, Inc. et al |
| ILN | 1 | 15−06601 | McMahon et al v. American Airlines Group Inc. et al |
| ILN | 1 | 15−06858 | De La Garza et al v. American Airlines Group, Inc et al |
| ILN | 1 | 15−06940 | Garzel v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07424 | Ware v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07433 | Brown v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07435 | Bruzda v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07441 | Lay v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07444 | Sundar v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07447 | Wint v. American Airlines Group, Inc. et al |
| ILN | 1 | 15−07659 | Patel et al v. American Airlines Group, Inc. et al |

## INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 15−01129 | BERDAY v. AMERICAN AIRLINES, INC. et al |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 15−03228 | Ates v. Delta Air Lines, Inc. et al |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 15−03026 | Steven M. Traut Wells, Inc. et al v. American Airlines Group Inc. et al |
| MN | 0 | 15−03100 | Horwitz v. American Airlines Group Inc. et al |
| MN | 0 | 15−03103 | Tilak v. American Airlines Group Inc. et al |
| MN | 0 | 15−03187 | Licht v. American Airlines Group Inc. et al |
| MN | 0 | 15−03194 | Warnock v. American Airlines Group Inc. et al |
| MN | 0 | 15−03197 | Attard v. American Airlines Group Inc. et al |
| MN | 0 | 15−03198 | Shearson Publishing v. American Airlines Group Inc. et al |
| MN | 0 | 15−03202 | Larson v. American Airlines Group Inc. et al |
| MN | 0 | 15−03225 | Riley v. American Airlines Group Inc. et al |
| MN | 0 | 15−03242 | Deringer et al v. American Airlines Group, Inc. et al |
| MN | 0 | 15−03256 | Rolland et al v. American Airlines Group, Inc. et al |
| MN | 0 | 15−03358 | Price v. American Airlines Group Inc. et al |
| MN | 0 | 15−03433 | Evans v. American Airlines Group Inc. et al |

## NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 15−04101 | Nathanson v. American Airlines, Inc. et al |
| NYE | 1 | 15−04245 | Bell v. Delta Air Lines, Inc. et al |
| NYE | 1 | 15−04284 | Markun v. American Airlines, Inc. et al |
| NYE | 1 | 15−04286 | Mellen v. American Airlines, Inc. et al |
| NYE | 1 | 15−04287 | Watkins v. American Airlines, Inc. et al |
| NYE | 1 | 15−04472 | Ted et al v. American Airlines, Inc. et al |

| NYE | 1 | 15–04745 | Morrison v. Delta Airlines, Inc. et al |

NEW YORK SOUTHERN

| NYS | 1 | 15–05657 | Friedman v. American Airlines Group Inc. et al |
| NYS | 1 | 15–07104 | White v. American Airlines Inc. et al |

OKLAHOMA NORTHERN

| OKN | 4 | 15–00419 | Coats et al v. Southwest Airlines Co. et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 15–03881 | HARDIMON v. DELTA AIRLINES, INC. et al |
| PAE | 2 | 15–04015 | JONES et al v. AMERICAN AIRLINES GROUP INC. et al |

TEXAS NORTHERN

| TXN | 3 | 15–02299 | Everitt et al v. American Airlines, Inc. et al |
| TXN | 3 | 15–02300 | Ieyoub v. Southwest Airlines Co et al |
| TXN | 3 | 15–02310 | Giordano v. American Airlines, Inc. et al |

WISCONSIN EASTERN

| WIE | 2 | 15–00902 | Brodsky et al v. Delta Air Lines Inc et al |



**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK